# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| Filing Number: | 800055404 | Entity Type: | Domestic For-Profit Corporation |
| Original Date of Filing: | February 14, 2002 | Entity Status: | In existence |
| Formation Date: | N/A | | |
| Tax ID: | 32004306976 | FEIN: | |
| Duration: | Perpetual | | |
| Name: | TOLTECA ENTERPRISES, INC. | | |
| Address: | 1045 CHEEVER BLVD<br>San Antonio, TX 78217 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| **Name**<br>CHRIS HAINES | **Address**<br>1045 CHEEVER STE 204<br>San Antonio, TX 78217 USA | | | **Inactive Date** | |

[Return to Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# TEXAS SECRETARY of STATE
# RUTH R. HUGHS

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 800055404 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | February 14, 2002 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32004306976 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** TOLTECA ENTERPRISES, INC.
**Address:** 1045 CHEEVER BLVD
San Antonio, TX 78217 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| THE PHOENIX RECOVERY GROUP | February 22, 2002 | February 22, 2012 | February 22, 2012 | Expired | All Counties |
| The Phoenix Recovery Group | April 16, 2013 | April 16, 2023 | | Active | All Counties |

[Return to Order]   [Return to Search]

**Instructions:**
- To place an order for additional information about a filing press the 'Order' button.