UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TAMIKA DRUMMOND,  §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>EQUIFAX INFORMATION §<br>SERVICES, LLC, a Georgia limited §<br>liability company; FIRST PREMIER §<br>BANK, a foreign bank; FIRST §<br>SAVINGS BANK; PHOENIX §<br>RECOVERY GROUP, a domestic §<br>corporation d/b/a Tolteca Enterprises, §<br>Inc.; and NATIONAL CREDIT §<br>ADJUSTERS; §<br>§<br>Defendants. § | No. 5:20–CV–1362–DAE |

ORDER DISMISSING CLAIMS AGAINST PRG AND CLOSING THE CASE

Before the Court is Plaintiff Tamika Drummond's ("Plaintiff") Response to the Court's Order that was issued on July 14, 2021. (Dkt. # 62.) In the Order, the Court granted motions to dismiss filed by most of the defendants in this action. (Dkt. # 59.) The Court ordered Plaintiff to explain "why her claims against PRG should not be dismissed for the same reasons that the Court provides in this Order for dismissing Plaintiff's claims against the other furnisher

1

defendants." (Id.)  In response, Plaintiff admits that "her claims against PRG are substantially the same as her claims against the other furnisher defendants." (Dkt. # 62.)

In light of Plaintiff's response, the Court **DISMISSES** Plaintiff's claims against PRG.  Because the Court has already dismissed Plaintiff's claims against Equifax, First Premier, FSB, and NCA, the Court **INSTRUCTS** the Clerk of the Court to **ENTER JUDGMENT** and **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED**: San Antonio, Texas, August 3, 2021.

David Alan Ezra
Senior United States District Judge